IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIVE FACE ON WEB, LLC** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CREMATION SOCIETY OF** | : | |
| **ILLINOIS, INC., *et al.*,** | : | **No. 18-1718** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **10th** day of **October, 2018**, upon consideration of Defendants' Motion to Dismiss Second Amended Complaint, Plaintiff's response, and Defendants' reply, and for the reasons provided in the Court's Memorandum dated October 10, 2018, it is **ORDERED** that:

1. The motion (Document No. 26) is **GRANTED without prejudice**.

2. Plaintiff may file an amended complaint by October 24, 2018.

BY THE COURT:

_____
**Berle M. Schiller, J.**