IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CREMATION SOCIETY OF | : | |
| ILLINOIS, INC., *et al.*, | : | No. 18-1718 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **31st** day of **January 2019**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, Plaintiff's response, and Defendants' reply, and for the reasons provided in the Court's Memorandum dated January 31, 2019, it is **ORDERED** that:

1. The motion (Document No. 36) is **GRANTED IN PART** and **DENIED IN PART**.

2. All claims against Defendants Katie Sullivan and Gerald Sullivan are **DISMISSED**.

3. Count III of the Third Amended Complaint (Inducing Copyright Infringement) is **DISMISSED**.

4. Plaintiff may proceed with Counts I (Direct Copyright Infringement) and IV (Breach of Contract) against Defendants Cremation Society of Illinois, Inc., and Illinois Cremation Direct, Inc.

BY THE COURT:

**Berle M. Schiller, J.**