IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIVE FACE ON WEB, LLC | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CREMATION SOCIETY OF | : | |
| ILLINOIS, INC., *et al.*, | : | No. 18-1718 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **16th** day of **May 2019**, upon consideration of Plaintiff's Motion to Dismiss Defendants' Counterclaim, Defendants' response, and for the reasons provided in the Court's Memorandum dated May 16, 2019, it is **ORDERED** that:

1. The motion (Document No. 45) is **GRANTED in part** and **DENIED in part**.

2. All counterclaims arising under the Pennsylvania Unfair Trade Practices and Consumer Protection Law are **DISMISSED with prejudice**.

3. The Computer Fraud and Abuse Act counterclaim is **DISMISSED without prejudice**.

4. Defendants shall file an Amended Answer, Affirmative Defenses, and Counterclaim on or before **May 24, 2019**.

It is **FURTHER ORDERED** that Plaintiff's Motion to Strike Certain Affirmative Defenses (Doc. No. 46) is **DENIED as moot.**

BY THE COURT:

_____
**Berle M. Schiller, J.**